```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


SHANNON MILLER,                    No. 2:09-cv-01687-MCE-KJM

        Plaintiff,

     v.                            RELATED CASE ORDER

MAYERS MEMORIAL HOSPITAL,
et al.,

        Defendants.
_____/
SHANNON MILLER,                    No. 2:10-cv-02723-GEB-GGH

        Plaintiff,

     v.

MAYER MEMORIAL HOSPITAL,
et al.,

        Defendants.
_____/
```

The Court has received the Notice of Related Case filed on October 7, 2010.

Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).

1

1 | The actions involve many of the same defendants and are based on
2 | the same or similar claims, the same property transaction or
3 | event, similar questions of fact and the same questions of law,
4 | and would therefore entail a substantial duplication of labor if
5 | heard by different judges.  Accordingly, the assignment of the
6 | matters to the same judge is likely to effect a substantial
7 | savings of judicial effort and is also likely to be convenient
8 | for the parties.
9 |     The parties should be aware that relating the cases under
10 | Local Rule 123 merely has the result that both actions are
11 | assigned to the same judge; no consolidation of the action is
12 | effected.  Under the regular practice of this court, related
13 | cases are generally assigned to the district judge and magistrate
14 | judge to whom the first filed action was assigned.
15 |     IT IS THEREFORE ORDERED that the action denominated 2:10-cv-
16 | 02723-GEB-GGH, <u>Shannon Miller v. Mayer Memorial Hospital, et al.</u>
17 | is reassigned to Judge Morrison C. England, Jr. and Kimberly J.
18 | Mueller for all further proceedings, and any dates currently set
19 | in this reassigned case only is hereby VACATED.  The Clerk of the
20 | Court is to issue an Order Requiring Joint Status Report.
21 | Henceforth, the caption on documents filed in the reassigned case
22 | shall be shown as 2:10-cv-02723-MCE-KJM.
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

1    IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4    IT IS SO ORDERED.

Dated: October 19, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE