LEO H. SCHUERING, JR., Bar No. 41068
THEODORE D. POPPINGA, Bar No. 133420
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, California  95825-6502
(916) 567-0400
FAX: 568-0400

Attorneys for Defendant MAYERS MEMORIAL HOSPITAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON MILLER, | NO. 2:10-cv-02723 MCE KJM |
| Plaintiff, | **STIPULATION OF DISMISSAL BETWEEN PLAINTIFF AND DEFENDANT MAYERS MEMORIAL HOSPITAL ONLY; ORDER** |
| vs. | **[Pursuant to FRCP, Rule 41(a)(2)]** |
| MAYERS MEMORIAL HOSPITAL, et al., | |
| Defendants. | |

     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff SHANNON MILLER hereby dismisses, with prejudice, Defendant MAYERS MEMORIAL HOSPITAL only, pursuant to the following terms:

     1.    The dismissal is in favor of Defendant MAYERS MEMORIAL HOSPITAL only.

     2.    The dismissal is with prejudice.

     3.    Plaintiff, SHANNON MILLER and defendant MAYERS MEMORIAL HOSPITAL each agree to assume their own costs and attorneys' fees incurred in this action.

/ / /

1

1     IT IS SO STIPULATED.

2

3     DATED:  November 30, 2010    ALTEMUS & WAGNER

4

5     By: /s/
    STEWART C. ALTEMUS
6     Attorneys for Plaintiff,
    SHANNON MILLER
7

8     DATED: November 22, 2010    SCHUERING ZIMMERMAN & DOYLE, LLP

9

10     By: /s/
    LEO H. SCHUERING, JR.
11     Attorneys for Defendant
    MAYERS MEMORIAL HOSPITAL
12

13     DATED: November 19, 2010    UNITED STATES ATTORNEY

14

15     By: /s/
    LYNN TRINKA ERNCE
    Assistant United States Attorney
16     Attorneys for Non Party
    UNITED STATES OF AMERICA
17

18

19     **ORDER**

20     IT IS SO ORDERED.

21

22     **Dated:  December 14, 2010**

23

24     **MORRISON C. ENGLAND, JR.**
    **UNITED STATES DISTRICT JUDGE**

25

26

27

28

STIPULATION OF DISMISSAL BETWEEN PLAINTIFF AND DEFENDANT MAYERS MEMORIAL HOSPITAL ONLY; ORDER